## McDANIEL v. STATE.
### No. 26147.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is cattle theft; the punishment, two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception.

All proceedings appearing regular and nothing being presented for our review, the trial court's judgment is affirmed.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant entered a plea of guilty to the offense of cattle theft, and was assessed a penalty of two years' confinement in the state penitentiary.

The indictment and all matters of procedure appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.